# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

|  |  |
|---|---|
| United States of America<br>v.<br><br>RAOUL LAFOND<br><br>Date of Original Judgment: April 2, 1998<br>Amended: Click here to enter text. | ) Case No: 6:96CR212-1<br>)<br>) USM No: 18624-057<br>)<br>)<br>) Pro Se<br>Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO § 404 OF THE FIRST STEP ACT AND 18 U.S.C. § 3582(c)(2)

This case is before the Court pursuant to § 404 of the First Step Act for Retroactive Application of the Fair Sentencing Act of 2010. After considering the record, including the Supplemental Report of the U.S. Probation Office and the responses of the Government and the Defendant, the Court finds the defendant eligible for a sentence reduction but in its discretion denies the motion. The Court has also considered whether to reduce the Defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2) based on retroactive changes to the United States Sentencing Guidelines pursuant to 28 U.S.C. § 994(u). The Court has taken into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable.

**IT IS ORDERED** that the motion is:

☐ DENIED. ☐ GRANTED and the defendant's previously imposed sentence *(as reflected in the last judgment issued)* of 460 months imprisonment (400 months on Counts 1s, 3s, 5s, 7s, 8s, 10s, 11s, & 13s, consolidated for judgment, plus 60 months, consecutive, on Count 2s) and 5 years of supervised release (5 years on Count 1s and 3 years per count on Counts 2s, 3s, 5s, 7s, 8s, 10s, 11s, & 13s, all concurrent) is reduced to _____ months imprisonment, but not less than time served, and _____ years of supervised release. This Order is stayed for 10 days to allow implementation by the Bureau of Prisons.

☒ GRANTED in part only as to supervised release, and the defendant's previously imposed sentence is unchanged as to the term of imprisonment, but the term of supervised release for Count 1s is reduced from 5 years to 4 years. The concurrent three year terms of supervised release on Counts 2s, 3s, 5s, 7s, 8s, 10s, 11s, & 13s, are unchanged.

See next page for explanation and for rulings on other pending motions filed by the defendant.

Except as otherwise provided, all provisions of the judgment dated April 2, 1998, shall remain in effect.

**IT IS SO ORDERED**.

Order Date: May 5, 2020

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Catherine C. Eagles, United States District Judge
*Printed name and title*